UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LATHISA JONES, individually and
on behalf of all others similarly
situated

    Plaintiff,

v.       Case No. 3:19-cv-1282-J-32JBT

VENUS FASHION, INC., a
Delaware corporation,

    Defendant.

## O R D E R

Upon review of Notice of Voluntary Dismissal without Prejudice (Doc. 6), filed on November 26, 2019, this case is dismissed without prejudice. Each party shall bear its own attorneys' fees and costs. Plaintiff to send Defendant a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of November, 2019.

    TIMOTHY J. CORRIGAN
    United States District Judge

jb
Copies:

2

Counsel of record

2